UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-31459 |
| NICKI L. BOND | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER ALLOWING FEES, AMENDING PROOF OF CLAIM
AND AMENDING PLAN**

This cause coming on to be heard on the motion of OVERLAND BOND & INVESTMENT CORPORATION to modify the restraining provisions of 11 USC Sec. 362, due notice having been given, and the Court being otherwise advised in the premises, it is hereby agreed and ordered:

1. That OVERLAND BOND & INVESTMENT CORPORATION shall be allowed its attorney's fees of $300.00 and costs of $181.00 for a total of $481.00.  This amount is allowed pursuant to State Law and the retail installment contract dated SEPTEMBER 3, 2016 as it pertains to a 2014 NISSAN SENTRA, V.I.N. 3N1AB7AP5EL611562;

2. This application is in compliance with Rule 2016 (a) of the Federal Rules of Bankruptcy Procedure, without further notice or hearing; and

3. This order amends the claim of OVERLAND BOND & INVESTMENT CORPORATION to increase the claim by $481.00 to $14,356.01;

4. The debtor's plan is deemed amended at paragraph E3.1 to pay the amount in paragraph 3 of this order.

Enter:

United States Bankruptcy Judge

Dated:  1/23/18

**Prepared by:**
Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for OVERLAND BOND & INVESTMENT
CORPORATION